IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHELBY ALDRIDGE, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv809-MHT |
| | ) | (WO) |
| TERRI BOZEMAN LOVELL, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiffs, one of whom is a state prisoner, filed this lawsuit alleging a multitude of issues. Because the complaint was disorganized, making it difficult to decipher the plaintiffs' cause of action, the court ordered the plaintiffs to file an amended complaint that stated the causes of action more concisely. The plaintiffs failed to submit the amended complaint. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed. There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE