IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHELBY ALDRIDGE, et al., )
　　　　　　　　　　　　　　 )
　　Plaintiffs, 　　　　　　 )
　　　　　　　　　　　　　　 )　　CIVIL ACTION NO.
　　v. 　　　　　　　　　　　)　　　 2:17cv809-MHT
　　　　　　　　　　　　　　 )　　　　　 (WO)
TERRI BOZEMAN LOVELL, 　　　 )
et al., 　　　　　　　　　　 )
　　　　　　　　　　　　　　 )
　　Defendants. 　　　　　　 )

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 24) is adopted.

(2) This lawsuit is dismissed.

(3) The motion to dismiss (doc. no. 15) is denied as moot.

(4) The motion to clarify (doc. no. 20) is denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of March, 2018.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**